**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**
_____ **DIVISION**

2026 FEB 24 P 1: 53

_Cheryl Ingle_

_____

**PLAINTIFF**

v.

_Out Back_
_OS Restaurant Services_

_____

**DEFENDANT**

CASE ACTION NO.: _2:26-cv-00123-BL-JTA_

**JURY DEMAND (MARK ONE)**

☐ YES        ☐ NO

## EEOC  COMPLAINT

1.  Plaintiff resides at _589 Marshall Dr Lot 21 Prattville Al 36067_

2.  Defendant(s)' name(s) _Out back \ OS Restaurant Services_

   _____

   Location of principal office(s) of the named defendant(s) _____
   _2202 North West Shore Blvd_
   _Suite 500 Tampa Fl 33607_

   Nature of defendant(s)' business _Out Back_

   _____

   Approximate number of individuals employed by defendant(s) _20000_

3.  This action is brought pursuant  to  Title VII of the Civil Rights Act of 1964 for employeement discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5.  Equitable and other relief are also sought under 42 §2000e-5(g).

4.  The acts complained of in this suit concern:

   1.  ☐ Failure to employ me.
   2.  ☒ Termination of my employment.
   3.  ☐ Failure to promote me.
   4.  ☐ Other acts as specified below:_____
   _____
   _____

5.    Plaintiff is:

A.    ____ Presently employed by the defendant.
      __X__ Not presently employed by the defendant.  The dates of employement were
      _____ Employment was terminated because:

      (1)    __X__ Plaintiff was discharged.
      (2)    _____ Plaintiff was laid off.
      (3)    _____ Plaintiff left job voluntarily.

6.    Defendant(s)' conduct is discriminatory with respect to the following:

A.    _____ My race.
B.    _____ My religion.
C.    _____ My sex.
D.    _____ My national origin.
E.    __X__ Other, as specified below:_____
      _____
      _____

7.    The name(s), race, sex, and the position  or title of the individual(s) who allegedly
      discriminated against me during the period of my employment with the defendant company
      is (are) _____
      _____ Josh Bexley _____
      _____

8.    The alleged discrimination occurred on or about __2-25 — 9-25__ .

9.    The nature of my complaint, i.e., the manner in which the individual(s) named above
      discriminated against me in terms of the conditions of my employment, is as follows:

      Mony took form me
      Put off the @work for 8weeks
      Let go after 9m for wrong
      uniform

10.   The alleged illegal activity took place at _____
      OutBack 1899 Sugar exchange
      Prattville AlA 36066

11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___9 - 8 - 2025___.
I   have   attached   a   copy   of   the   Notice-of-Right-to-Sue   letter   issued   by   the   Equal Employment Opportunity Commission. The letter was received by me on _____.

12.    I seek the following relief:

A.        ☒ Recovery of back pay.
B.        ☒ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 2-24-2026

Cheryl Angle
Signature of Plaintiff

589 Marshall DR Lot 21
Prattville al 36067
334-304-1409
Address & Telephone Number of Plaintiff