IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHERYL INGLE, )
)
Plaintiff, )
)
v. ) CASE NO. 2:26-cv-00123-BL
)
OUTBACK STEAK HOUSE, )
)
Defendant. )

# ORDER

On October 30, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice for failure to comply with a court order. (Doc. 40). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on November 13, 2026. (Doc. 40). To date, no objections have been filed. After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 40) and **DISMISSES** this action with prejudice. All pending motions are **DENIED** as moot. All deadlines and hearings are terminated. A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 18th day of November, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE